Ian P. Fellerman (SBN 119725)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Golden Gate National Parks Conservancy, aka
Golden Gate National Parks Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA KLEIN,<br><br>             Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | Case No. C 06-5729 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

It is hereby stipulated and agreed by Plaintiff Roberta Klein and Defendant Golden Gate National Parks Conservancy, aka Golden Gate National Parks Association (the "Association"), that the Association shall have an extension of time through and including December 19, 2006 to file a responsive pleading to the Complaint in this action.

DATED: November ___, 2006.            DOLAN LAW FIRM

[SEAL: IT IS SO ORDERED / Judge Samuel Conti / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

By _____
Christopher B. Dolan
Attorneys for Plaintiff

– 1 –

Stipulation To Extend Time To Respond To The Complaint

1  DATED: November 15, 2006.    REED SMITH LLP

By _____
Ian P. Fellerman
Attorneys for Defendant
Golden Gate National Parks Conservancy, aka
Golden Gate National Parks Association

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On November 16, 2006, I served the following document(s) by the method indicated below:

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Christopher Dolan
George Ellard
The Dolan Law Firm
78 First Street
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 16, 2006, at Oakland, California.

_____
Kathy Jenkins

DOCSOAK-9853978.1