1  Christopher B. Dolan (SBN 165358)
   George W. Ellard (SBN 158195)
2  THE DOLAN LAW FIRM
   78 First Street
3  San Francisco, CA  94105
   Telephone:    415.421.2800
4  Facsimile:    415.421.2830
   E-mail:  george@cbdlaw.com
5
   Attorneys for Plaintiff
6
   Ian P. Fellerman (SBN 119725)
7  REED SMITH LLP
   1999 Harrison Street, Suite 2400
8  Oakland, CA  94612-3572
   Telephone:    510.763.2000
9  Facsimile:    510.273.8832
   E-mail:  ifellerman@reedsmith.com
10
   Attorneys for Defendant
11 The Golden Gate National Parks Association

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 ROBERTA KLEIN,                              Case No. C 06-05729 SC

15              Plaintiff,                     **STIPULATION TO DISMISS THE
                                               GOLDEN GATE NATIONAL PARKS
16       vs.                                   ASSOCIATION, ONLY, WITHOUT
                                               PREJUDICE; AND [PROPOSED] ORDER
17 THE UNITED STATES OF AMERICA, THE           THEREON**
   GOLDEN GATE NATIONAL RECREATION
18 AREA, THE NATIONAL PARK SERVICE,
   THE GOLDEN GATE NATIONAL PARKS
19 ASSOCIATION, THE NATIONAL PARKS
   CONSERVATION ASSOCIATION and DOES 1
20 through 100,

21              Defendants.

22

23

24

25       It is hereby stipulated and agreed by Plaintiff Roberta Klein and Defendant The Golden

26 Gate National Parks Association, through their respective counsel, that The Golden Gate National

27 Parks Association, only, shall be dismissed from this action without prejudice, pursuant to the

28 Tolling Agreement executed by the parties.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –                                         DOCSOAK-9855525.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  December 12, 2006.        THE DOLAN LAW FIRM

By
   George W. Ellard
   Attorneys for Plaintiff
   Roberta Klein

DATED:  December 12, 2006.        REED SMITH LLP

By
   Ian P. Fellerman
   Attorneys for Defendant
   The Golden Gate National Parks Association

DOCSOAK-9855525.1

Stipulation To Dismiss The Golden Gate National Parks Association, Only, Without Prejudice;
And [Proposed] Order Thereon

1   DATED:  December 12, 2006.                 THE DOLAN LAW FIRM

2

3                                      By_____
                                          George W. Ellard
4                                         Attorneys for Plaintiff
                                          Roberta Klein
5

6

7   DATED:  December 12, 2006.                 REED SMITH LLP

8

9                                      By_____
                                          Ian P. Fellerman
10                                        Attorneys for Defendant
                                          The Golden Gate National Parks Association

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCSOAK-9855525.1

Stipulation To Dismiss The Golden Gate National Parks Association, Only, Without Prejudice;
And [Proposed] Order Thereon

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to stipulation of the parties, it is hereby ordered that The Golden Gate National Parks Association is dismissed from this action without prejudice.

DATED:  December _15_, 2006



IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

— 3 —

DOCSOAK-9855525.1