Christopher B. Dolan, State Bar # 165358
George W. Ellard, State Bar #158195
**THE DOLAN LAW FIRM**
78 First Street
San Francisco, California 94105
Telephone:   (415) 421-2800
Facsimile:    (415) 421-2830

Attorneys for Plaintiff
ROBERTA KLEIN

FILED

MAR 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA KLEIN, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES of AMERICA, THE GOLDEN GATE NATIONAL RECREATION AREA, THE NATIONAL PARK SERVICE, THE GOLDEN GATE NATIONAL PARKS ASSOCIATION, THE NATIONAL PARKS CONSERVATION ASSOCIATION and Does 1 through 100, <br><br> Defendants. | Case No.: C 06-05729 SC <br><br> [~~PROPOSED~~] **ORDER FOR TELEPHONIC MEDIATION APPEARANCE** |

Good Cause Appearing,

IT IS HEREBY ORDERED that the Court will allow Plaintiff Roberta Klein to appear telephonically for the mediation scheduled on April 12, 2007 due to the financial burden of travel arrangements.

///

1 | IT IS SO ORDERED.

4 | Dated: March 19, 2007

*[signature]*
Magistrate Wayne D. Brazil
United States District Court, Northern District of California

2
[PROPOSED] ORDER FOR TELEPHONIC MEDIATION APPEARANCE