1    SCOTT N. SCHOOLS, SBN 9990
     United States Attorney
2    JOANN SWANSON, CSBN 135879
     Chief, Civil Division
3    KATHERINE DOWLING, CSBN 220767
     Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102-3495
     Telephone: (415) 436-6833
6      Facsimile:   (415) 436-7169

7    Attorneys for Defendant

8

9

10             UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12             SAN FRANCISCO DIVISION

13

14    ROBERTA KLEIN,           )    Case No. C 06-5729 SC
                              )
15           Plaintiff,         )    [PROPOSED] ORDER ~~AND~~
                              )    ~~DEFENDANT'S REQUEST~~ TO EXTEND
16       v.                  )    TIME FOR MEDIATION
                              )
17    UNITED STATES OF AMERICA   )
                              )
18           Defendant.       )
   _____ )

19

20         Defendant is requesting, subject to the approval of the Court, that the deadline for

mediation be enlarged from April 12, 2007 until June 15, 2007.

21    //
22    //
23    //
24    //
25    //
26    //
27    //
28

1    Though both parties agreed that the mediation should be enlarged, parties were not able to

2    agree on the language for a stipulation requesting the enlargement.  Because the time is now

3    short before the scheduled date and deadline for mediation, Defendant is requesting this

4    enlargement.  Parties were originally scheduled to have a mediation with a Court appointed

5    mediator on April 12, 2007.

6    An extension is required because Plaintiff (1) increased the amount of her claimed

7    damages significantly from the amount in the administrative claim, (2) requested to attend the

8    mediation telephonically and (3) filed her mediation statement four days late.  Given this new

9    information and the fact that the Plaintiff was not going to be physically present at the mediation,

10   Defendant requested that Ms. Klein be made available for a deposition prior to the mediation so

11   that both sides might have equal information in working toward a settlement of the case.

12   Counsel for Plaintiff could not make her available prior to April 12, 2007, but did not

13   proffer any available dates.  Counsel for Plaintiff also stated that Defendant would be required to

14   pay for the Plaintiff to travel to San Francisco from New York should Defendant want to depose

15   her in the future.  No discovery was denied Plaintiff nor was any.  Therefore, it appears that there

16   will be an issue with the scheduling of the Plaintiff's deposition

17   Defendant believes that a mediation at this point, prior to taking the Plaintiff's deposition,

18   given her now alleged level of injuries will not be an effective or efficient use of the parties, and

19   more importantly, the mediator's time.

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

2

1        This is the first request for an extension of time.  This enlargement of time for the

2   mediation will not cause any undue delay in discovery or trial timing which has yet to be

3   scheduled.

4

5                                       SCOTT N. SCHOOLS

6                                       United States Attorney

7   DATED:                  By:   _____/s/_____

8                                     KATHERINE B. DOWLING
                                      Assistant United States Attorney

9                                     Attorneys for Defendant

10

11  PURSUANT TO STIPULATION, IT IS SO ORDERED:

12

13

14  Dated: April 12, 2007

15                                HONORABLE SAMUEL CONTI
                                  UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28