|     |     |
| --- | --- |
| 1   | Christopher B. Dolan (SBN 165358) |
|     | Bryan D. Lamb (SBN 197675) |
| 2   | Francis J. Shehadeh (SBN 251130) |
|     | **THE DOLAN LAW FIRM** |
| 3   | 1438 Market Street |
|     | San Francisco, California 94102 |
| 4   | Telephone: (415) 421-2800 |
|     | Facsimile: (415) 421-2830 |
| 5   | Email: bryan@cbdlaw.com |
| 6   | Attorneys for Plaintiff |
|     | ROBERTA KLEIN |

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROBERTA KLEIN, | ) | Case No.: C 06-05729 SC |
| --- | --- | --- |
| Plaintiff, | ) | DENYING |
|  | ) | **[PROPOSED]** ORDER ~~GRANTING~~ |
| v. | ) | **STIPULATED REQUEST TO** |
|  | ) | **EXTEND DISCOVERY CUT-OFF,** |
| THE UNITED STATES of AMERICA, THE | ) | **EXPERT DISCLOSURE, MOTION** |
| GOLDEN GATE NATIONAL RECREATION | ) | **AND TRIAL DATES** |
| AREA, THE NATIONAL PARK SERVICE, | ) |  |
| THE GOLDEN GATE NATIONAL PARKS | ) |  |
| ASSOCIATION, THE NATIONAL PARKS | ) |  |
| CONSERVATION ASSOCIATION and Does 1 | ) |  |
| through 100, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |

Having considered the parties Stipulation To Extend Discovery Cut-Off, Expert Disclosure and Motion and Trial Dates, and dispensing with any need for oral argument on this matter, the Court hereby **ORDERS** as follows:

1. The expert disclosure deadline, currently January 22, 2008, is hereby extended to March 21, 2008.

2. The discovery cut-off date, currently February 21, 2008, is hereby extended to April

11, 2008.

3. The last date for hearing motions, currently March 7, 2008, is hereby extended to May 7, 2008.

4. The Court may set a new pre-trial conference date and a trial date in August, 2008, and hereby sets a pre-trial conference for _____ at _____ a.m./p.m. and a trial date of _____ commencing at _____ a.m..

5. Any dates not specifically discussed in this Order shall be based on the new pre-trial conference and trial dates set forth above.

**IT IS SO ORDERED**:

DATED: 1/16/08          _____

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — stamped DENIED, signed Judge Samuel Conti]*