1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6
   ROBERTA KLEIN,                    )   Case No. 06-5729 SC
7                                    )
             Plaintiff,              )
8                                    )   SUA SPONTE ORDER RE
        v.                           )   PLAINTIFF'S FAILURE
9                                    )   TO ABIDE BY RULING OF
   THE UNITED STATES of AMERICA, THE )   COURT
10  GOLDEN GATE NATIONAL RECREATION  )
   AREA, THE NATIONAL PARK SERVICE,  )
11  THE GOLDEN GATE NATIONAL PARKS   )
   ASSOCIATION, THE NATIONAL PARKS   )
12  CONSERVATION ASSOCIATION, and DOES )
   1 through 100,                    )
13                                   )
             Defendants.             )
14                                   )
   _____)
15

16       On March 7, 2008, the Court held a hearing on Plaintiff's

17  Motion to Permit an Action Which Exceeds the Sum in the Government

18  Claim.  Docket No. 57.  At the hearing, the Court granted

19  Plaintiff's Motion to amend her complaint to include an amount

20  greater than $50,000.  In granting this motion, however, the Court

21  orally instructed Plaintiff to amend the complaint and include the

22  new, specific dollar amount of damages by Wednesday, March 12.

23  This deadline passed and Plaintiff did not amend her complaint to

24  include a new, specific amount.[1]

25       "[T]he purpose of the Federal Tort Claim Act's administrative

26  claim procedure [is] to encourage administrative settlement of

27  _____

28       [1]  The hearing held on Monday, March 10, had no bearing on
   this issue.

claims against the United States and thereby to prevent an unnecessary burdening of the courts." Cadwalder v. United States, 45 F.3d 297, 302 (9th Cir. 1995). This purpose is significantly frustrated when the amount of damages sought by a plaintiff is not disclosed. As Plaintiff failed to abide by this Court's order and did not include an amended amount of damages, Plaintiff's damages are limited to the amount originally included in the Complaint: $50,000.


      IT IS SO ORDERED.


      Dated: March 31, 2008

                                    _____
                                    UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2