1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Ninth Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-7322
6      Facsimile:      (415) 436-6748
       Email: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendant United States of America
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 ROBERTA KLEIN,                   )    No. C 06-5729 SC
                                    )
14                                  )    **STIPULATION FOR COMPROMISE
           Plaintiff,               )    SETTLEMENT AND RELEASES;**
15                                  )    ~~[PROPOSED]~~ ORDER
                v.                  )
16                                  )
   UNITED STATES OF AMERICA et al., )
17                                  )
                                    )
18         Defendants.              )

19

20

21

22

23

24

25

26

27

28

1    THE PARTIES AND THEIR ATTORNEYS OF RECORD HEREBY SUBMIT THE

2  FOLLOWING STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE

3  (hereinafter, "Stipulation and Agreement"):

4    IT IS HEREBY STIPULATED AND AGREED as follows:

5    1. The parties to this Stipulation and Agreement are plaintiff Roberta Klein (hereinafter

6  "Plaintiff"), on the one hand, and all of the named defendants, including the United States of

7  America and Blue & Gold Fleet, LP (erroneously named as "Blue & Gold Fleet" in Plaintiff's

8  First Amended Complaint for Damages for Negligence and Premises Liability), on the other

9  hand. The named defendants, including the United States of America and Blue & Gold Fleet, LP

10  are collectively referred to in this Stipulation and Agreement as "the Defendants." Plaintiff and

11  the Defendants are collectively referred to in this Stipulation and Agreement as "the Parties" and

12  individually as a "Party."

13    2. Plaintiff and the Defendants hereby agree to settle and compromise the above-entitled

14  action under the terms and conditions set forth herein.

15    3. The United States of America agrees to pay to Plaintiff and her counsel, the Dolan Law

16  Firm, the sum of Twenty-Five Thousand Dollars and No Cents ($25,000), under the terms and

17  conditions set forth herein, which sum shall be in full settlement and satisfaction of any and all

18  claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by

19  reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries,

20  damage to property and the consequences thereof, resulting, and to result, from the same subject

21  matter that gave rise to the above-captioned lawsuit, for which Plaintiff, her heirs, executors,

22  administrators, or assigns, and each of them, now have or may hereafter acquire against the

23  United States of America or its agents, servants, and employees. For purposes of this Stipulation

24  and Agreement only and for no other purpose, the named Defendants other than Blue & Gold

25  Fleet, LP (namely, The Golden Gate National Recreation Area, The National Park Service, the

26  Golden Gate National Parks Association and the National Parks Conservation Association) are

27  agreed by the Parties to be deemed agents, servants and employees who are entitled to the

28  benefits of this Stipulation and Agreement in exchange for the consideration provided to Plaintiff

1    in this Stipulation and Agreement by the United States of America.

2       4.  Blue & Gold Fleet, LP agrees to pay to Plaintiff and her counsel, the Dolan Law Firm, the

3    sum of Twenty-Five Thousand Dollars and No Cents ($25,000), under the terms and conditions

4    set forth herein, which sum shall be in full settlement and satisfaction of any and all claims,

5    demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason

6    of any and all known and unknown, foreseen and unforeseen bodily and personal injuries,

7    damage to property and the consequences thereof, resulting, and to result, from the same subject

8    matter that gave rise to the above-captioned lawsuit, for which Plaintiff, her heirs, executors,

9    administrators, or assigns, and each of them, now have or may hereafter acquire against Blue &

10   Gold Fleet, LP or its agents, servants, and employees.

11      5.  Plaintiff and her heirs, executors, administrators or assigns hereby agree to accept the sum

12   of Twenty-Five Thousand Dollars and No Cents ($25,000) from the United States of America in

13   full settlement and satisfaction of any and all claims, demands, rights, and causes of action of

14   whatsoever kind and nature, arising from, and by reason of any and all known and unknown,

15   foreseen and unforeseen bodily and personal injuries, damage to property and the consequences

16   thereof which they may have or hereafter acquire against the United States of America or its

17   agents, servants and employees on account of the same subject matter that gave rise to the above-

18   captioned lawsuit.  Plaintiff and her heirs, executors, administrators or assigns further agree to

19   reimburse, indemnify and hold harmless the United States of America and its agents, servants or

20   employees from any and all such causes of action, claims, liens, rights, or subrogated or

21   contribution interests incident to or resulting from further litigation or the prosecution of claims

22   by Plaintiff or her heirs, executors, administrators or assigns against any third party or against the

23   United States of America.

24      6.  Plaintiff and her heirs, executors, administrators or assigns hereby agree to accept the sum

25   of Twenty-Five Thousand Dollars and No Cents ($25,000) from Blue & Gold, LP in full

26   settlement and satisfaction of any and all claims, demands, rights, and causes of action of

27   whatsoever kind and nature, arising from, and by reason of any and all known and unknown,

28   foreseen and unforeseen bodily and personal injuries, damage to property and the consequences

1  thereof which they may have or hereafter acquire against Blue & Gold Fleet, LP or its agents,

2  servants and employees on account of the same subject matter that gave rise to the above-

3  captioned lawsuit.  Plaintiff and her heirs, executors, administrators or assigns further agree to

4  reimburse, indemnify and hold harmless Blue & Gold Fleet, LP and its agents, servants or

5  employees from any and all such causes of action, claims, liens, rights, or subrogated or

6  contribution interests incident to or resulting from further litigation or the prosecution of claims

7  by Plaintiff or her heirs, executors, administrators or assigns against any third party or against the

8  United States of America.

9      7. In consideration of the payment of Twenty-Five Thousand Dollars and No Cents

10  ($25,000.00) by the United States of America and the payment of Twenty-Five Thousand Dollars

11  and No Cents ($25,000.00) by Blue & Gold Fleet, LP and the other terms of this Stipulation and

12  Agreement, Plaintiff agrees to immediately upon execution of this Stipulation and Agreement,

13  execute the accompanying Stipulation For Dismissal with Prejudice, which stipulation shall

14  dismiss, with prejudice, all claims asserted in this Action or any claims that could have been

15  asserted in this Action, which is captioned <u>Roberta Klein v. United States of America et al.</u>,

16  C 06-5729 SC.  The fully executed Stipulation For Dismissal with Prejudice will be held by

17  counsel for the United States of America and will not be filed with the Court until Plaintiff has

18  received the settlement amount to be paid by the United States of America and Blue & Gold

19  Fleet, LP.

20      8. This Stipulation and Agreement is entered into by all Parties for the purpose of

21  compromising disputed claims and avoiding the expenses and risks of litigation.  This settlement

22  does not constitute an admission of liability or fault on the part of any Party.

23      9. It is agreed, by and among the Parties, that no Party may make any claim for attorney's

24  fees or other costs or expenses of litigation against the Defendants, their agents, servants, or

25  employees in connection with the above-captioned lawsuit.

26      10. It is agreed, by and among the Parties, that this Stipulation and Agreement may be pled

27  as a full and complete defense to any subsequent action or other proceeding which arises out of

28  the claims released and discharged by this Stipulation and Agreement.

11. It is agreed, by and among the Parties, that the Twenty-Five Thousand Dollars and No Cents ($25,000.00) paid by Blue & Gold Fleet, LP and the Twenty-Five Thousand Dollars and No Cents ($25,000.00) paid by the United States of America represents the entire amount of the compromise settlement and that the respective Parties will each bear their own costs, fees, and expenses and that any attorneys' fees owed by the Plaintiff will be paid out of the settlement amount and not in addition thereto.

12. The Twenty-Five Thousand Dollars and No Cents ($25,000.00) paid by Blue & Gold Fleet, LP will be made by a check made out to Plaintiff and the Dolan Law Firm and such payment will be made within 14 days following the Court's approval of this Stipulation and Agreement. The Twenty-Five Thousand Dollars and No Cents ($25,000.00) paid by the United States of America will be made by wire transfer or other electronic means to a bank account to be designated in writing by Plaintiff's counsel. Plaintiff's counsel shall be responsible for distributing the funds transferred to the bank account designated in writing by Plaintiff's counsel to Plaintiff.

13. Counsel for the United States of America will submit a request for Judgment Fund payment within 48 hours after the Court approves this Stipulation and Agreement. The Parties recognize that payment from the Judgment Fund is often not available for 45 to 60 days after approval of the settlement by the Court.

14. Plaintiff forever releases and discharges the United States of America, Blue & Gold Fleet, LP, and any and all of their past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities, actions, causes of actions, claims and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in Plaintiff's pleadings in this action.

15. The provisions of California Civil Code Section 1542 are set forth below:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

The Parties, having been apprised of the statutory language of Civil Code Section 1542 by an

1    attorney of each Party's own choosing, and fully understanding the same, nevertheless elects to

2    waive the benefits of any and all rights each Party may have pursuant to the provision of that

3    statute and any similar provision of federal law.  The Parties understand that, if the facts

4    concerning injuries or liability for damages pertaining thereto are found hereinafter to be other

5    than or different from the facts now believed by Each Party to be true, this Stipulation and

6    Agreement shall be and remain effective notwithstanding such material difference.

7    16. The United States of America and Blue & Gold, LP release and discharge each other and

8    any and all of their past and present officials, employees, agents, attorneys, their successors and

9    assigns, from any and all obligations, damages, liabilities, actions, causes of actions, claims and

10    demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in

11    equity, known or unknown, arising out of the allegations set forth in Plaintiff's pleadings in this

12    action.

13    17. The Parties agree that this Stipulation and Agreement is intended to be a full and final

14    settlement of all claims arising out of the allegations set forth in Plaintiffs' pleadings in this

15    action.

16    18. This Stipulation and Agreement shall constitute the entire agreement between the Parties,

17    and it is expressly understood and agreed that this Stipulation and Agreement has been freely and

18    voluntarily entered into by the Parties hereto with the advice of counsel of each Party's choosing,

19    which counsel have explained the legal effect of this agreement.  The Parties further

20    acknowledge that no warranties or representations have been made on any subject other than as

21    set forth in this Stipulation and Agreement.  This Stipulation and Agreement may not be altered,

22    modified or otherwise changed in any respect except by writing, duly executed by all of the

23    Parties or their authorized representatives.

24    19. If any withholding or income tax liability is imposed upon Plaintiff based on payment of

25    the settlement sum as set forth herein,  Plaintiff shall be solely responsible for paying any such

26    liability.

27    20. The Parties agree that the District Court shall retain jurisdiction over this matter for the

28    purposes of resolving any dispute alleging a breach of this Stipulation and Agreement.

1   21.  Each Party acknowledges that they have been represented by and have relied upon

2   independent counsel in negotiating, preparing and entering into this Stipulation and Agreement

3   and that they have had the contents of this Stipulation and Agreement fully explained by counsel

4   and that they are fully aware of and understand all of the terms of the agreement and the legal

5   consequences thereof.  It is further acknowledged that the Parties have mutually participated in

6   the drafting of this Stipulation and Agreement and it is agreed that no provision herein shall be

7   construed against any Party hereto by virtue of the drafting of this Stipulation and Agreement.

8   22.  If any provision of this Stipulation and Agreement shall be held invalid, illegal, or

9   unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in

10  any way be affected or impaired thereby.  This Stipulation and Agreement shall constitute the

11  entire agreement between the parties, and it is expressly understood and agreed that this

12  agreement has been freely and voluntarily entered into by the parties hereto with the advice of

13  counsel, who have explained the legal effect of this Stipulation and Agreement. The Parties

14  further acknowledge that no warranties or representations have been made on any subject other

15  than as set forth in this Stipulation and Agreement.

16  23.  The Parties agree that, should any dispute arise with respect to the implementation of the

17  terms of this Stipulation and Agreement, no Party shall seek to rescind the Stipulation and

18  Agreement and pursue any of the original causes of action.  Each Party's sole remedy in such a

19  dispute is an action to enforce the Stipulation and Agreement in district court.  The Parties agree

20  that the district court will retain jurisdiction over this matter for the purposes of resolving any

21  dispute alleging a breach of this Stipulation and Agreement.  This Stipulation and Agreement

22  may be signed in counterparts, and any signature on a signature page transmitted by facsimile or

23  by PDF shall be treated the same as an original signature and shall be deemed binding and fully

24  effective.

25  24.  The Parties further agree that the filing of this executed Stipulation and Agreement shall

26  notify the Court of the agreement by Plaintiff and the United States to vacate all pending

27  discovery, motion hearing dates, settlement or pretrial deadlines and trial date associated with

28  this litigation.

1   DATED: ~~December~~ January 23, 2009 _____ ~~2008~~          _Roberta K__
                                          Roberta Klein, Plaintiff

2

3   DATED: ~~December~~ January 26, 2008                THE DOLAN LAW FIRM

4                                          Bryan Lamb
                                           Attorneys for Plaintiff
5

6   DATED: December ___, 2008              JOSEPH P. RUSSONIELLO
                                           United States Attorney
7

8                                          Michael T. Pyle
                                           Assistant United States Attorney
9                                          Attorneys for Defendant United States of America

10  DATED: December ___, 2008              NELSON, PERLOV & LEE

11

12                                         Mark S. Lee
                                           Attorneys for Defendant Blue & Gold Fleet, LP
13
    DATED: December ___, 2008              BLUE & GOLD FLEET, LP
14

15                                         _____

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

18

19  DATED: _____

20                                         The Honorable Samuel Conti
                                           United States District Judge
21

22

23

24

25

26

27

28

STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASES; [PROPOSED] ORDER
Case No. 06-5729 SC                    -8-

1   DATED: December __, 2008

                                            _____
2                                           Roberta Klein, Plaintiff

3   DATED: December __, 2008                THE DOLAN LAW FIRM

4
                                            _____
5                                           Bryan Lamb
                    January 26, 2009        Attorneys for Plaintiff
6   DATED: ~~December __, 2008~~            JOSEPH P. RUSSONIELLO
                                            United States Attorney
7
                                            _____
8                                           Michael T. Pyle
                                            Assistant United States Attorney
9                                           Attorneys for Defendant United States of America

10  DATED: December 31, 2008                NELSON, PERLOV & LEE

11
                                            _____
12                                          Mark S. Lee
                                            Attorneys for Defendant Blue & Gold Fleet, LP
13
    DATED: December 22, 2008                BLUE & GOLD FLEET, LP
14

15                                          _____

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

18
           2/2/09
19  DATED: _____

20                                          The Honorable Samuel C.
                                            United States D
21

22

23

24

25

26

27

28

STIPULATION FOR COMPROMISE  SETTLEMENT AND RELEASES; [PROPOSED] ORDER
Case No. 06-5729 SC                        -8-