

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102
Telephone:    (415) 436-7322
Facsimile:     (415) 436-6748
Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTA KLEIN, | No. C 06-5729 SC |
| Plaintiff, | ORDER<br>STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| UNITED STATES OF AMERICA et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action by and through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party shall bear its own fees and costs.

DATED: ~~December __, 2008~~ January 23, 2009

_____
Roberta Klein, Plaintiff

STIPULATION OF DISMISSAL WITH PREJUDICE
No. 06-5729 SC                                  -1-

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 26, 2009 | THE DOLAN LAW FIRM |
| 3 | | |
| 4 | | Bryan Lamb |
| | | Attorneys for Plaintiff |
| 5 | DATED: March 18, 2009 | |
| 6 | | JOSEPH P. RUSSONIELLO |
| 7 | | United States Attorney |
| 8 | | Michael T. Pyle |
| 9 | | Assistant United States Attorney |
| | | Attorneys for Defendant United States of America |
| 10 | DATED: January 27, 2009 | |
| 11 | | NELSON, PERLOV & LEE |
| 12 | | |
| | | Mark S. Lee |
| 13 | | Attorneys for Defendant Blue & Gold Fleet, LP |

DATED: 3/20/09

**IT IS SO ORDERED**

Judge Samuel Conti
United States District Court
Northern District of California

STIPULATION OF DISMISSAL WITH PREJUDICE
No. 06-5729 SC
-2-